March 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF E.S., A CHILD

NO. 14-14-00328-CV

_____

This cause, an appeal from the judgment in favor of appellee, S.S., signed March 20, 2014, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order appellant, A.N., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.